**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 02, 2021

Mr. Hugh David Berkson
McCarthy, Lebit, Crystal & Liffman
101 Prospect Avenue, W., Suite 1800
Cleveland, OH 44115

Mr. Richard A. Chesley
DLA Piper
444 W. Lake Street, Suite 900
Chicago, IL 60606

Mr. Robert T. Glickman
McCarthy, Lebit, Crystal & Liffman
1111 Superior Avenue, E., Suite 2700
Cleveland, OH 44114

Ms. Eleanor M. Hagan
Squire Patton Boggs
127 Public Square, Suite 4900
Cleveland, OH 44114

Mr. William J. Stavole
Tucker Ellis
950 Main Avenue, Suite 1100
Cleveland, OH 44113

Mr. Brian D. Sullivan
Reminger
101 W. Prospect Avenue, Suite 1400
Cleveland, OH 44115

Ms. Sarah Alford Wilson
Blank Rome
201 E. Fifth Street, Suite 1700
Cincinnati, OH 45202-0000

Re: Case No. 21-4014, *Digital Media Solutions, LLC, et al v. South University of Ohio, LLC, et al*
Originating Case No. : 1:19-cv-00145

Dear Counsel,

   This appeal has been docketed as case number **21-4014** with the caption that is enclosed on a separate page. **Please review the case caption for accuracy and advise the Clerk's Office of any discrepancies.** The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at [www.ca6.uscourts.gov](www.ca6.uscourts.gov). If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **November 16, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel |
|  | Civil Appeal Statement of Parties & Issues |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |
|  |  |
| Appellee: | Appearance of Counsel |
|  | Disclosure of Corporate Affiliations |
|  | Application for Admission to 6th Circuit Bar (if applicable) |

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                             Sincerely yours,

                             s/Julie Anne Connor
                             Case Manager
                             Direct Dial No. 513-564-7033

cc: Mr. Eric Rothschild

Enclosure

# OFFICIAL COURT OF APPEALS CAPTION FOR 21-4014

DIGITAL MEDIA SOLUTIONS, LLC

    Plaintiff

and

EMMANUEL DUNAGAN; JESSICA MUSCARI; ROBERT J. INFUSINO; STEPHANIE PORRECA

    Intervenor Plaintiffs - Appellants

v.

SOUTH UNIVERSITY OF OHIO, LLC, aka DC South University of Ohio LLC, dba South University; DCEH EDUCATION HOLDINGS, LLC; ARGOSY EDUCATION GROUP, LLC; INFOR (US), INC.

    Defendants - Appellees

TECH PARK 6, LLC; HARTFORD FIRE INSURANCE COMPANY

    Intervenors - Appellees

MARK E. DOTTORE

    Receiver - Appellee

MARK A. KOMPA; FSP PACIFIC CENTER LLC

    Respondents - Appellees

and

KIMBERLY MILBRANDT; ASHLEY YORK; SARAH WATTS; BRANDY CHANDLER

    Intervenors